In the Matter of THEODORE HEOS, Respondent, et al., Petitioners, against JOHN J. McCLOSKEY, as Sheriff of the City of New York, Appellant.

Submitted May 31, 1951; decided July 11, 1951.

*Sidney Posner* and *Abraham G. Grayzel* for appellant.
*Benjamin Levitas* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.